AO 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| CYNTHIA G. COOK <br> *Plaintiff* <br> v. <br> UNIVERSITY OF KANSAS and OLA FAUCHER <br> *Defendant* | ) ) ) ) ) )  Civil Action No.  11-2184 CM/KGS |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNIVERSITY OF KANSAS
BS on RA Kansas Attorney General Derek Schmidt
Memorial Hall, 2nd Floor
120 SW 10th Street
Topeka, Kansas 66612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alan V. Johnson, Esq.
Sloan, Eisenbarth, Glassman, McEntire & Jarboe, L.L.C.
534 S. Kansas Ave., Suite 1000
Topeka, Kansas 66603-3456

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 03/31/2011

TIMOTHY M. O'BRIEN
CLERK OF COURT
259 Robert J. Dole U.S. Courthouse
500 State Ave
Kansas City KS 66101-2431

s/Tami Anthony

*Signature of Clerk of Deputy Clerk*

AO 440 (12/09)     Summons in a Civil Action (Page 2)

Civil Action No. 11-2184 CM/KGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*    UNIVERSITY OF KANSAS
was received by me on *(date)* April 1, 2011 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Richard D. Smith, Asst. A.G. , who is designated by law to accept service of process on behalf of *(name of organization)* University of Kansas BS on RA Kansas Attorney General Derek Schmidt on *(date)* April 4, 2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: April 4, 2011     *Gerald P. Clark*
                                  Server's signature

                            Gerald P. Clark, Admin. Clerk
                                    Printed name and title

                  Sloan, Eisenbarth, Glassman, McEntire & Jarboe, L.L.C.
                          534 S. Kansas Ave., Suite 1000
                              Topeka, Kansas 66603-3456

                                                Server's address

Additional information regarding attempted service, etc:

Time of service: 1:52 P.M.