AO 440 (12/09)   Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | | |
|---|---|---|
| CYNTHIA G. COOK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 11-2184 CM/KGS |
| UNIVERSITY OF KANSAS and OLA FAUCHER | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   OLA FAUCHER
BS on Department of Human Resources & Equal Opportunity
103 Carruth-O'Leary Hall
1246 W. Campus Road
Lawrence, Kansas 66045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alan V. Johnson, Esq.
Sloan, Eisenbarth, Glassman, McEntire & Jarboe, L.L.C.
534 S. Kansas Ave., Suite 1000
Topeka, Kansas 66603-3456

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   03/31/2011

TIMOTHY M. O'BRIEN
CLERK OF COURT
259 Robert J. Dole U.S. Courthouse
500 State Ave
Kansas City KS 66101-2431

s/Tami Anthony

*Signature of Clerk of Deputy Clerk*

AO 440 (12/09)   Summons in a Civil Action (Page 2)

Civil Action No.11-2184 CM/KGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* OLA FAUCHER

was received by me on *(date)* March 31, 2011.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Service by Certified Mail, Return Receipt, Pursuant to Federal Rules of Civil Procedure 4(e)(1), K.S.A. 60-303, and K.S.A. 60-304. on the 1st day of April, 2011.

My fees are $ 0 for travel and $ 6.32 for services, for a total of $ 6.32.

I declare under penalty of perjury that this information is true.

Date: 4/5/11

*Server's signature*: Alan V. Johnson

*Printed name and title*

Sloan, Eisenbarth, Glassman, McEntire & Jarboe, L.L.C.
534 S. Kansas Ave., Suite 1000
Topeka, Kansas 66603-3456

*Server's address*

Additional information regarding attempted service, etc:



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

Search Results

Label/Receipt Number: **7008 1830 0003 6552 1166**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 10:21 am on April 01, 2011 in LAWRENCE, KS 66045.

Enter Label/Receipt Number.

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.   *Cook* | A. Signature<br>X *Mary Lou Strong*  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  *Mary Lou Strong*   C. Date of Delivery  4-1-11 |
| 1. Article Addressed to:<br><br>OLA FAUCHER<br>BS on Department of Human Resources & Equal Opportunity<br>103 Carruth-O'Leary Hall<br>1246 W. Campus Road<br>Lawrence, Kansas 66045 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7008 1830 0003 6552 1166 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |