IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **CYNTHIA G. COOK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-cv-02184-KHV-KGS |
| | ) | |
| **UNIVERSITY OF KANSAS** | ) | |
| and **OLA FAUCHER,** | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1), Defendants hereby move the Court to dismiss plaintiff's claims against them. A supporting memorandum is filed herewith and incorporated herein by reference.

Respectfully submitted,

   /s  Michael C. Leitch                            
Michael C. Leitch, Kansas Sup. Ct. # 19588
Associate General Counsel and
   Special Assistant Attorney General
Room 245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
Tel:    (785) 864-3276
Fax:    (785) 864-4617
Email: mleitch@ku.edu
*Attorney for Defendants University of Kansas and Ola Faucher*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed this 6th day of June, 2011, with the clerk of the court by using the CM/ECF which will provide a copy to:

>Alan V. Johnson
>Sloan, Eisenbarth, Glassman, McEntire & Jarboe, L.L.C.
>1000 Bank of America Tower
>534 S. Kansas Ave.
>Topeka, Kansas 66603-3456
>Email: ajohnson@sloanlawfirm.com
>*Attorney for Plaintiff*

>   /s   Michael C. Leitch_____ _____
>*Counsel for Defendants*

{L0019871 / }

2