IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CYNTHIA G. COOK,            )
                            )
        Plaintiff,          )
                            )
v.                          )   Case No. 11-2184-KHV-KGS
                            )
OLA FAUCHER,                )
                            )
        Defendant.          )
                            )

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 6.1, the plaintiff, Cynthia G. Cook, moves the court for an extension of time of 2 days, to and including June 29, 2011, in which to file her memorandum in opposition to the defendant's motion to dismiss. In support of this motion, the plaintiff shows the court the following:

1. The plaintiff's memorandum in opposition to dismissal is presently due on June 27, 2011, and this is her first motion for an extension of time as to this deadline.

2. Plaintiff's attorney has been unable to complete the memorandum in opposition to dismissal because of engagement in other litigation, including the following: <u>Kelly v. Washburn University</u>, Case No. 10-2269-EFM, in the United States District Court of Kansas (prepare final witness and exhibit list); <u>Kansas Dept. of Social and Rehabilitation Services v. Bruce</u>, Case No. 11-C-212 in the District Court of Shawnee County, Kansas (prepare appeal brief in judicial review proceeding).

3. Plaintiff's attorney has consulted with defendant's attorney about this motion, and the defendant has no objection to the motion.

For the above reasons, the court should grant the plaintiff an extension of time until and to June 29, 2011, in which to file her memorandum in opposition to dismissal.

Respectfully submitted,

SLOAN, EISENBARTH, GLASSMAN,
　McENTIRE & JARBOE, LLC
1000 Bank of America Tower
534 S. Kansas Avenue
Topeka, KS 66603-3456
Phone:　　(785) 357-6311
Fax:　(785) 357-0152

By:　s/Alan V. Johnson
　　　Alan V. Johnson, #9992
　　　ajohnson@sloanlawfirm.com
　　　**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 23rd day of June, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following parties:

Michael C. Leitch, Kansas Sup. Ct. # 19588
Associate General Counsel and
Special Assistant Attorney General
Room 245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
Email: mleitch@ku.edu
*Attorney for Defendants University of Kansas and*
*Ola Faucher*

                                                SLOAN, EISENBARTH, GLASSMAN,
                                                   MCENTIRE & JARBOE, LLC
                                            1000 Bank of America Tower
                                            534 S. Kansas Avenue
                                            Topeka, KS 66603-3456
                                            Phone:      (785) 357-6311
                                            Fax:   (785) 357-0152

                                            By:   s/Alan V. Johnson
                                                   Alan V. Johnson, #9992
                                                   ajohnson@sloanlawfirm.com
                                                   **Attorneys for Plaintiff**