# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CYNTHIA G. COOK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 11-cv-02184 |
| | ) |
| **UNIVERSITY OF KANSAS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE of DEPOSITION

Defendant, through counsel, pursuant to K.S.A. 60-230 gives notice that the deposition of the individual listed below will be taken before a certified court reporter on the date and at the location and times indicated:

**Deponent:**   Plaintiff Cynthia G. Cook

**Date:**   Thursday, May 17, 2012

**Place:**   Offices of Sloan, Eisenbarth, Glassman, McEntire & Jarboe LLC
900 Massachusetts, Suite 400, Lawrence, Kansas 66044

**Time:**   9:30 a.m. and continuing from day to day at the same location between the hours of 8:30 a.m. and 6:00 p.m. until completed.

Respectfully submitted,

__/s   Michael C. Leitch_____
Michael C. Leitch, Kansas Sup. Ct. # 19588
Associate General Counsel and
   Special Assistant Attorney General
Room 245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel:   (785) 864-3276
Fax:   (785) 864-4617
Email: mleitch@ku.edu
*Attorney for Defendant Ola Faucher*

{L0025712.1 }

## CERTIFICATE OF SERVICE

       I hereby certify that on May 8, 2012, a true and correct copy of this document was electronically filed with the clerk of the court by using the CM/ECF system which will provide notice of filing to:

    Alan Johnson & Danielle Davey
    Sloan, Eisenbarth, Glassman, McEntire & Jarboe L.L.C.
    1000 Bank of America Tower
    534 S. Kansas Avenue
    Topeka, Kansas 66603-3456
    E-mail: ajohnson@sloanlawfirm.com and ddavey@sloanlawfirm.com

                                                                     /s  Michael C. Leitch_____
                                                                     *Attorney for Defendant*